# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:13 CR 221 CDP |
| | ) |
| **ROBERT WASHINGTON and** | ) |
| **DARYL WARREN,** | ) |
| | ) |
| **Defendants.** | ) |

## GOVERNMENT'S EXHIBIT LIST

COMES NOW the United States of America, by and through the undersigned counsel, and files its advisory exhibit list.  The Government reserves the right to modify this list as needed.

| # | Item | Offered/Witness/Admitted |
|---|---|---|
| 1. | Blowup:  Photos of defendants | _____/_____/_____ |
| 2. | CD:  May 21 videos | _____/_____/_____ |
| 3. | CD:  May 23 videos | _____/_____/_____ |
| 4. | CD:  May 29 videos | _____/_____/_____ |
| 5. | CD:  June 3 videos | _____/_____/_____ |
| 6. | CD:  June 4 videos | _____/_____/_____ |
| 7. | CD:  June 5 videos | _____/_____/_____ |
| 8. | Blowup:  Map | _____/_____/_____ |
| 9. | Cocaine sold by Washington on 5/21/2013 | _____/_____/_____ |
| 10. | Cocaine sold by Washington on 5/23/2013 | _____/_____/_____ |
| 11. | Photo:  Cadillac | _____/_____/_____ |
| 12. | Washington Phone Records | _____/_____/_____ |
| 13. | Warren Phone Records | _____/_____/_____ |
| 14. | CD:  Warren Phone Calls | _____/_____/_____ |

| | | |
|---|---|---|
| 15.  Photos:  Cadillac Interior | _____/_____/_____ |
| 16.  Photos:   Cadillac Console | _____/_____/_____ |
| 17.   Photos:  Knives, Bandana, Gloves | _____/_____/_____ |
| 18.   Knives | _____/_____/_____ |
| 19.   Bandana | _____/_____/_____ |
| 20.   Gloves | _____/_____/_____ |
| 21.   Photo:  Firestone Invoice | _____/_____/_____ |
| 22.   Firestone Invoice | _____/_____/_____ |
| 23.   Photo:  Warren's Driver's License in Visor | _____/_____/_____ |
| 24.   Photo:  Warren's Driver's License on Floor | _____/_____/_____ |
| 25.   Warren's Driver's License (Visor) | _____/_____/_____ |
| 26.   Warren's Driver's License (Floor) | _____/_____/_____ |
| 27.   Photo:  Twitty's Driver's License | _____/_____/_____ |
| 28.   Twitty's Driver's License | _____/_____/_____ |
| 29.   Department of Revenue Records for Cadillac | _____/_____/_____ |
| 30.   Photo:  Assault Rifle | _____/_____/_____ |
| 31.   Assault Rifle | _____/_____/_____ |
| 31A.  .223 Ammunition | _____/_____/_____ |
| 32.   Photo:  Pistol | _____/_____/_____ |
| 33.   Pistol | _____/_____/_____ |
| 33A.  .40 Ammunition | _____/_____/_____ |
| 34.   Photo:  Washington | _____/_____/_____ |
| 35.   Photo:  Warren | _____/_____/_____ |
| 36.   Washington Domestic Assault Conviction | _____/_____/_____ |
| 37.   Washington Burglary Conviction | _____/_____/_____ |
| 38.   Warren Possession of Controlled Substance Conviction (2007) | _____/_____/_____ |
| 39.   Warren Felon in Possession of Firearm Conviction | _____/_____/_____ |
| 40.   Warren Drug Trafficking Conviction | _____/_____/_____ |
| 41.   Warren Possession Controlled Substance Conviction | _____/_____/_____ |

42. Warren Possession Controlled Substance
    Conviction (1999)                                     _____/_____/_____

43. Washington Felon Stipulation                          _____/_____/_____

44. Warren Felon Stipulation                              _____/_____/_____

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, and by hand-delivery, this 3rd day of March, 2014, to the following defense counsel:

John Lynch, Esq.
Counsel for Defendant Robert Washington
222 S. Meramec, Suite 300
Clayton, Missouri 63105

Herman Jimerson, Esq.
Counsel for Defendant Daryl Warren
225 S. Meramec, Suite 508
Clayton, MO 63105

                                             s/ *Cristian M. Stevens*
                                             ASSISTANT UNITED STATES ATTORNEY