# EXHIBIT LIST

Style: <u>**USA v. Daryl Warren**</u>
Case No: <u> **4:13cr00221 CDP**    </u>

| π EX NO. | Δ EX NO. | OBJ | BY (W #) | ID DATE | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 1 | | | 1 | 3/4/14 | | Blowup: Photos of defendants | ✔ 3/4/2014 |
| 5 | | | 1 | 3/4/14 | | CD: June 3 videos | ✔ 3/4/2014 |
| 6 | | | 1 | 3/4/14 | | CD: June 4 videos | ✔ 3/4/2014 |
| 7 | | | 1 | 3/4/14 | | CD: June 5 videos | ✔ 3/4/2014 |
| 8 | | | 1 | 3/4/14 | | Blowup: Map | ✔ 3/4/2014 |
| 11 | | | 1 | 3/4/14 | | Photo: Cadillac | ✔ 3/4/2014 |
| 12 | | | 1 | 3/4/14 | | Washington Phone Records | ✔ 3/4/2014 |
| 13 | | | 1 | 3/4/14 | | Warren Phone Records | ✔ 3/4/2014 |
| 14 | | | 1 | 3/4/14 | | CD: Warren Phone Calls | ✔ 3/4/2014 |
| 16 | | | 2 | 3/5/14 | | Photos: Cadillac Console | ✔3/5/2014 |
| 17 | | | 2 | 3/5/14 | | Photos: Knives, Bandana, Gloves | ✔3/5/2014 |
| 21 | | | 2 | 3/5/14 | | Photo: Firestone Invoice | ✔3/5/2014 |
| 23 | | | 2 | 3/5/14 | | Photo: Warren's Driver's License in Visor | ✔3/5/2014 |
| 24 | | | 2 | 3/5/14 | | Photo: Warren's Driver's License on Floor | ✔3/5/2014 |
| 27 | | | 2 | 3/5/14 | | Photo: Twitty's Driver's License | ✔3/5/2014 |
| 30 | | | 2 | 3/5/14 | | Photo: Assault Rifle | ✔3/5/2014 |
| 32 | | | 2 | 3/5/14 | | Photo: Pistol | ✔3/5/2014 |
| 18 | | | 2 | 3/5/14 | | Knives | ✔3/5/2014 |
| 19 | | | 2 | 3/5/14 | | Bandana | ✔3/5/2014 |
| 20 | | | 2 | 3/5/14 | | Gloves | ✔3/5/2014 |
| 22 | | | 2 | 3/5/14 | | Firestone Invoice | ✔3/5/2014 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25 | | | 2 | 3/5/14 | | Warren's Driver's License (Visor) | ✔3/5/2014 |
| 26 | | | 2 | 3/5/14 | | Warren's Driver's License (Floor) | ✔3/5/2014 |
| 29 | | | 2 | 3/14 | | Department of Revenue Records for Cadillac | ✔3/5/2014 |
| 31 | | | 2 | 3/5/14 | | Assault Rifle | ✔3/5/2014 |
| 31A | | | 2 | 3/5/14 | | .223 Ammunition | ✔3/5/2014 |
| 33 | | | 2 | 3/5/14 | | Pistol | ✔3/5/2014 |
| 33A | | | 2 | 3/5/14 | | .40 Ammunition | ✔3/5/2014 |
| 44 | | | | 3/5/14 | | Stipulation of Facts Read to Jury | ✔3/5/2014 |
| 38 | | OBJ | | 3/5/14 | Overruled | Warren Possession of Controlled Substance Conviction (2007) | ✔3/5/2014 |
| 39 | | OBJ | | 3/5/14 | Overruled | Warren Felon in Possession of Firearm Conviction | ✔3/5/2014 |
| 40 | | OBJ | | 3/5/14 | Overruled | Warren Drug Trafficking Conviction | ✔3/5/2014 |
| 41 | | OBJ | | 3/5/14 | Overruled | Warren Possession Controlled Substance Conviction | ✔3/5/2014 |
| 42 | | OBJ | | 3/5/14 | Overruled | Warren Possession Controlled Substance Conviction (1999) | ✔3/5/2014 |

☐ EXHIBITS RETURNED TO COUNSEL      ✔ EXHIBITS RETAINED BY COURT

π = plaintiff      Δ = defendant      **ID** = first date exhibit is used      **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and date      Page__2__ of __2__