UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-cr-000221 CDP |
| ) | |
| Daryl Warren ) | |
| ) | |
| Defendant. ) | |

## EXHIBIT RECEIPT

I have this date returned the original of Plaintiff's and Defendants' Exhibits in the above case.

3/5/14
Date

_____
Attorney for Plaintiff

3-5-14
Date

_____
Attorney for Defendants

3-5-14
Date

_____
Deputy Clerk